# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FERRER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>AIR LIQUIDE LARGE INDUSTRIES U.S. LP, a Delaware Corporation<br><br>    Defendants. | CASE NO.:  2:23-cv-02619-JLS-MAA<br><br>**ORDER OF DISMISSAL** |

## ORDER

Pursuant to stipulation by the Parties and good cause appearing:

1. Plaintiff will arbitrate the claims alleged by him in the complaint against Defendant.

2. The action is dismissed, with the Court reserving jurisdiction to confirm an arbitration award upon completion of the arbitration.

3.    The Scheduling Conference currently scheduled for June 9, 2023 is vacated.

**IT IS SO ORDERED.**

Dated: May 3, 2023

By:    _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE